No. 01–808. MURPHY, SECRETARY OF NATURAL RESOURCES OF VIRGINIA, ET AL. *v.* WASTE MANAGEMENT HOLDINGS, INC.,

ET AL. C. A. 4th Cir. Certiorari denied. 